# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Mr. Clayton-M. Bernard-Ex., State Citizen.

**DEFENDANTS**
Specialized Loan Servicing, LLC; et al.
742 Lucent Blvd, Ste 300, Highlands Ranch, CO, 80129

**(b)** County of Residence of First Listed Plaintiff: Clark
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Douglas
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Mr. Clayton-M. Bernard-Ex.
10120 W Flamingo Rd Ste 4-215, las vegas, NV 89147

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [x] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [x] 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. § 2315; 42 U.S.C. § 1981; Title 15 USC; and Lanham Act.

Brief description of cause:
Stolen Property; Unjust Enrichment; Racial Discrimination; Trademark Infringement.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $1,000,0000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: 
DOCKET NUMBER: 2:23-CV-00885-GMN-VCF

**DATE** 08-09-2023

**SIGNATURE OF ATTORNEY OF RECORD**
By /s/ Mr. Clayton-M.Bernard-Ex, All rights reserved.

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|
| | | | | |

# UNITED STATES DISTRICT COURT
for the
District of Nevada

_____ Division

| | |
|---|---|
| Mr. Clayton-M. Bernard-Ex., State Citizen, | Case No. 2:23-CV-00885-GMN-VCF |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  ✔ Yes  ☐ No |
| -v- | |
| Specialized Loan Servicing, LLC; et al. | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mr. Clayton-M. Bernard-Ex. |
| Street Address | c/o 10120 W. Flamingo Rd Ste 4-215 |
| City and County | las vegas, clark |
| State and Zip Code | Nevada [89147-9998] |
| Telephone Number | +441225290202 |
| E-mail Address | |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1

| | |
|---|---|
| Name | Specialized Loan Servicing, LLC |
| Job or Title *(if known)* | ENTITY ID NUMBER 20021206019 |
| Street Address | 8742 LUCENT BOULEVARD, SUITE 300 |
| City and County | HIGHLANDS RANCH |
| State and Zip Code | COLORADO, 80129 |
| Telephone Number | (702) 241-7302 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Casey J. Nelson, Esq aka Casey J. Nelson |
| Job or Title *(if known)* | NEVADA ATTORNEY BAR# 12259 |
| Street Address | 2320 POTOSI STREET, SUITE 130 |
| City and County | LAS VEGAS, CLARK |
| State and Zip Code | NEVADA 89146 |
| Telephone Number | (702) 305-9157 |
| E-mail Address *(if known)* | caseynelson@wedgewood-inc.com |

Defendant No. 3

| | |
|---|---|
| Name | Sables, LLC |
| Job or Title *(if known)* | NV ENTITY ID# NV20111487632 |
| Street Address | 3573 HOWARD HUGHES PARKWAY, SUITE 200 |
| City and County | LAS VEGAS, CLARK |
| State and Zip Code | NEVADA 89169 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Catamount Properties 2018, LLC |
| Job or Title *(if known)* | |
| Street Address | 2320 POTOSI STREET, SUITE 130 |
| City and County | LAS VEGAS, CLARK |
| State and Zip Code | NEVADA 89146 |
| Telephone Number | TEL: (702) 305-9157 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question         ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S.C. § 2315; 42 U.S.C. § 1981; Title 15 USC; and Lanham Act.

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

  a.     If the plaintiff is an individual

  The plaintiff, *(name)* Mr. Clayton-M. Bernard-Ex., is a citizen of the State of *(name)* non-citizen national.

  b.     If the plaintiff is a corporation

  The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

  *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

  a.     If the defendant is an individual

  The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.      If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Real Property: $350,000 market value and New Fixtures Purchase Receipts attached.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Defendants, knowingly recieved, concealed, or deposed of stolen real estate property including but not limited to fixtures, equity, personal property. (See Attached additional pages).
2. Defendants took possesion of my property unlawfully without my consent or authorization, thereby violating the provisions of 18 USC § 2315; 42 U.S.C. § 1981. (See Attached additional pages).
3. Defendants sold/redistributed Plaintiff Personal Properites, including but not limited to Fixtures, Solar System and Panels; Equity, Real Estate property. (See Attached additional pages).
4. (See Statement of Claim pages Attached). 18 USC § 2315; 42 U.S.C. § 1981; Title 15 USC; and Lanham Act.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

In light of the defendants alleged violation of 18 U.S.C. § 2315; 42 U.S.C. § 1981; Title 15 USC and Lanham Act ; the plaintiff seeks the following relief:
- Criminal prosecution of the defendants under the provisions of 18 U.S.C. § 2315, with appropriate penalties and sentencing if found guilty

- Restitution for the stolen properties, in its their orignal state or better or new or its equivalent value to be returned to the plaintiff

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

- Compensatory damages to address the lossess and harm suffered by the plaintiff as result of the defendants actions

- Any other relief or remedies the court deems just and appropriate under the circumstances

- Plaintiff's seeking an order that the sum of One Million Dollars ($1 Million dollars) only as special damages and general damages against defendants jointly and severally to be paid to the Plaintiff Mr. Clayton-M. Bernard-Ex.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/09/2023

Signature of Plaintiff: *By: /s/ Mr. Clayton-M.Bernard-Ex., All rights reserved.*

Printed Name of Plaintiff: Mr. Clayton-M. Bernard-Ex.

#### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Case: 2:23-cv-00885-GMN-VCF - AMENDED COMPLAINT <u>ATTACHMENT</u>.

# STATEMENT OF CLAIM
## <u>18 USC § 2315</u>

I, Mr. Clayton-M. Bernard-Ex, hereby make the following claims under 18 USC § 2315, the National Stolen Property Act, pertaining to a real property including but not limited to fixtures, equity, personal properties:

1. On March 29, 2019, Defendants Specialized Loan Servicing, LLC; Sables, LLC, Countrywide Home Lending, Mellon Bank aka Bank of New York Mellon, sold/redistributed plaintiff real estate property, including but not limited to fixtures, solar system and panels; equity, and personal properties, thereby violating the provisions of 18 USC § 2315.

2. On March 29, 2019, Defendants, Specialized Loan Servicing, LLC; Sables, LLC; Catamount Properties 2018, LLC, Casey J. Nelson, Esq aka Casey J. Nelson, knowingly received, concealed, or deposed of stolen real estate property including but not limited to fixtures, equity, personal properties, thereby violating the provisions of 18 USC § 2315.

3. The Property in question is identified as Lot One Hundred Seventy-Eight (178) In Block Six (6) of Cimarron Ridge Unit 4, as Shown by Map thereof on File in Book 51 of Plats, Page 75, In the Office of the County Recorder of Clark County, Nevada. Property Address: 8221 Hydra lane, Las Vegas, Nevada 89147-1633, Parcel Number#138-28-112-039. This property has a value exceeding $15,000.

4. On June 6, 2019, Defendants Casey J. Nelson, Esq aka Casey J. Nelson and Catamount Properties 2018, LLC, took possession of plaintiff real estate property including but not limited to fixtures, equity, personal properties unlawfully without plaintiff consent, authorization, verbal agreement or a contract agreement, thereby violating the provisions of 18 USC § 2315.

5. On January 7, 2020, Defendant Catamount Properties 2018, LLC, sold/redistributed plaintiff personal properties, including but not limited to fixtures, solar system and panels; equity, real estate property.

I, as the victim, possess evidence that supports the assertion that the Defendants knowingly engaged in the act of receiving, concealing, or deposing of the stolen real estate property including but not limited to fixtures, equity, personal properties.

I seek appropriate legal remedies and penalties provided under 18 USC § 2315 for the Defendants actions, which may include the return of the real estate property including but not limited to fixtures, equity, personal properties, monetary compensation for damages or loss incurred, and any other remedies deemed appropriate by the court.

Case: 2:23-cv-00885-GMN-VCF - AMENDED COMPLAINT <u>ATTACHMENT</u>.

# STATEMENT OF CLAIM
## <u>18 USC § 1981</u>

I, Mr. Clayton-M. Bernard-Ex, hereby make the following claims under 18 USC § 1981, which prohibits racial discrimination in the making and enforcement of contracts, with the intention of prevailing in plaintiff case regarding a real estate property including but not limited to fixtures, equity, personal properties:

1. On March 29, 2019, The Defendants Specialized Loan Servicing, LLC, Sables, LLC, Countrywide Home Lending, Mellon Bank aka Bank of New York Mellon, Catamount Properties 2018, LLC, engaged in acts of racial discrimination in the making and enforcement of contracts related to the real estate property in question.

2. On June 6, 2019, The Defendants Casey J. Nelson, Esq aka Casey J. Nelson and Catamount Properties 2018, LLC, engaged in acts of racial discrimination in the making and enforcement of contracts related to the real estate property in question.

3. The real estate property is identified as 8221 Hydra Lane, Las Vegas, Nevada 89147 and Lot One Hundred Seventy-Eight (178) In Block Six (6) of Cimarron Ridge Unit 4, as Shown by Map thereof on File in Book 51 of Plats, Page 75, In the Office of the County Recorder of Clark County, Nevada. Parcel Number#138-28-112-039.

4. The Defendants unlawfully discriminated against the plaintiff based on race or color, thereby violating plaintiff rights under 18 USC § 1981. The discriminatory acts committed by the Defendants include, but are not limited to:

   a. Denying me the opportunity to enter into a contractual agreement for the real estate property on the basis of plaintiff race or color,

   b. Impairing or interfering with plaintiff rights to make or enforce contracts pertaining to the real estate property.

   c. Treating me unequally or providing disparate terms and conditions compared to individuals of other races or colors in similar contractual situations.

Case: 2:23-cv-00885-GMN-VCF - AMENDED COMPLAINT <u>ATTACHMENT</u>.

5. I, as the plaintiff, possess compelling evidence that substantiates plaintiff claims of racial discrimination and violations of plaintiff rights under 18 USC § 1981.

6. The discriminatory actions of the Defendants have caused significant harm, damages, and injury to me, including but not limited to:

   a. Financial loss incurred as a result of being unable to secure the desired contractual agreement for the real estate property or fixtures,

   b. Emotional distress, humiliation, and mental anguish due to the Defendants discriminatory conduct,

   c. Reputational damage resulting from the Defendants discriminatory actions, and

   d. Any additional harm or damages resulting directly from Defendants discriminatory acts.

7. As the plaintiff, I seek complete and fair legal remedies and relief under 18 USC § 1981 to ensure prompt resolution and just compensation for the harm suffered, including:

   a. A declaration by the court that plaintiff rights under 18 USC § 1981 have been violated by the Defendants discriminatory actions,

   b. Injunctive relief to prevent any further discrimination and to ensure future compliance with 18 USC § 1981,

   c. Compensatory damages to adequately compensate for the financial losses, emotional distress, and reputational damage inflicted,

   d. Punitive damages, where applicable, to deter future acts of racial discrimination and to hold the Defendants accountable for their actions, and

   e. Any other appropriate remedies deemed just and suitable by the court to rectify the harm caused and prevent future discrimination.

7. The Defendants Casey J. Nelson, Esq aka Casey J. Nelson and Catamount Properties 2018, LLC, discriminatory acts included denying or disregarding federal court standing order on June 6, 2019, unequal treatment.

Case: 2:23-cv-00885-GMN-VCF - AMENDED COMPLAINT <u>ATTACHMENT</u>.

8. As a result of Defendants actions, I have suffered harm, damages, such as financial loss, and emotional distress, replaceable and irreplaceable personal properties.

I seek appropriate legal remedies and relief provided under 18 USC § 1981, including but not limited to a declaration that plaintiff rights under 18 USC § 1981 have been violated, injunctive relief to prevent further discrimination, compensatory damages if applicable, and any other remedies deemed just and appropriate by the court.

# STATEMENT OF CLAIM
## Title 15 USC; Trademark Infringement and Lanham Act

1. Background:

    a. I am the registered owner of the trademark Frasberg, which is registered under 85516767 with the United States Patent and Trademark Office.

    b. The trademark is associated with US Class Codes 001, 002, 003, 004, 005, 006, 007, 008, 009, 010, 011, 012, 013, 019, 020, 021, 022, 023, 025, 026, 027, 028, 029, 030, 031, 032, 033, 034, 035, 036, 037, 038, 039, 040, 041, 042, 044, 045, 046, 048, 049, 050, 001, 002, 003, 005, 007, 008, 009, 017, 019, 100, 101, 102, 103, 104, 106, 107, operating under plaintiff company, Frasberg, Inc and Frasberg Selassie aka Selassie, Frasberg (Foreign Grantor Trust), and I have been using it in commerce since 2001.

    c. The trademark is distinctive and has acquired a significant reputation in the marketplace.

2. Allegations of Trademark Infringement:

    a. Defendants Casey J. Nelson aka Casey J. Nelson Esq and Catamount Properties 2018, LLC, have engaged in activities that infringe upon the plaintiff registered trademark Frasberg.

    b. On April 29, 2019, I discovered instances where Casey J. Nelson aka Casey J. Nelson Esq and Catamount Properties 2018, LLC has used a similar or identical mark without plaintiff permission or authorization.

STATEMENT OF CLAIM - ADDITIONAL PAGES   Page 4 of 6

Case: 2:23-cv-00885-GMN-VCF - AMENDED COMPLAINT <u>ATTACHMENT</u>.

    c. This unauthorized use includes, but is not limited to, any documents, any use in commerce, such as unauthorized reproduction, use on similar goods/services, or misleadingly similar branding.

3. Proof of Infringement:

    a. Enclosed as Evidence Exhibit A, I have included copies of the instances where Casey J. Nelson aka Casey J. Nelson Esq and Catamount Properties 2018, LLC has unlawfully used the plaintiff trademark, clearly demonstrating the infringement.

    b. These evidence exhibits show a clear similarity between the unauthorized use and plaintiff registered trademark, establishing a strong case for infringement.

4. Damage and Harm:

    a. The unauthorized use of the plaintiff trademark by Casey J. Nelson aka Casey J. Nelson Esq and Catamount Properties 2018, LLC has caused significant damage and harm to plaintiff business, including financial losses, dilution of brand recognition, and harm to plaintiff reputation.

    b. The infringement has also resulted in consumer confusion and potential loss of customers who mistakenly associate the infringing activities with the plaintiff brand.

    c. I estimate the total damages caused by the infringement to be $500,000 Five Hundred Thousand Dollars.

**Additional Defendants list:**

1. Countrywide Home Lending
   P.O. Box 5170
   Simi Valley, CA 93062

2. Mellon Bank aka Bank of New York Mellon
   225 Liberty Street
   New York, NY 10286

Case: 2:23-cv-00885-GMN-VCF - AMENDED COMPLAINT <u>ATTACHMENT</u>.

I declare under penalties of perjury that the forgoing is true and correct to the best of plaintiff knowledge and belief.

Mr. Clayton-M. Bernard-Ex.

Date: 08-09-2023